UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD LEIGH EDWARDS,<br><br>  Petitioner,<br><br>  v.<br><br>DERRICK L. OLLISON, Warden,<br><br>  Respondent. | No. CV 06-5084-SJO (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation filed herein and petitioner's objections and supplemental objections. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 12/08/08

/S/ S. JAMES OTERO
_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE